

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00565-CV

Christopher **EARLY**,
Appellant

v.

**TEXAS MUTUAL INSURANCE CO.**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-07-0426-CVW
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Texas Mutual Insurance Co. recover its costs of appeal from appellant Christopher Early.

SIGNED September 25, 2019.

_____
Beth Watkins, Justice